No. 544. MOUTON, COLLECTOR OF REVENUE OF LOUISIANA, ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Chapman L. Sanford* and *Emmett E. Batson* for petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin* and *Harold C. Wilkenfeld* for the United States, and *Eugene D. Saunders* for Chrysler Corp., respondents.

No. 542. HAYES *v.* CITY OF COLUMBUS. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE FORTAS dissents for the reasons stated in his dissent from the denial of certiorari in *Heller* v. *Connecticut, ante,* p. 902. *James C. Britt* for petitioner. *Alba L. Whiteside* for respondent.

No. 28, Misc. BRADSHAW *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. *W. S. Moore* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.

No. 73, Misc. TARRANCE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *William P. Schuler,* Assistant Attorney General, for respondent.

No. 294, Misc. DENMAN ET AL. *v.* WERTZ ET AL. C. A. 3d Cir. Certiorari denied. *David Stahl* and *Robert E. Dauer* for respondent Schoettle et al., and *Maurice Louik* and *Craig T. Stockdale* for respondent Brown.

No. 481, Misc. BRUNETTE *v.* ANDERSON, JUDGE. Dist. Ct. Idaho, 6th Jud. Dist. Certiorari denied.